26488.  FARMERS CO-OPERATIVE INSURANCE
COMPANY et al. v. HICKS et al.

HAWES, Justice. Farmers Co-operative Insurance Company and
American Indemnity Company jointly filed an action in the
nature of an interpleader and for injunction against Robert E.
Hicks, as trustee in bankruptcy for Manufactured Homes Cor-
poration, Mrs. Stella Willingham and Jimmy B. Willingham,
Jr. Mrs. Willingham filed defensive pleadings, including a mo-
tion to dismiss the complaint for failure to state a claim, an
answer and a counterclaim against Farmers Co-operative Insur-
ance Company. Jimmy Willingham, Jr., filed defensive plead-
ings, including a motion to dismiss the complaint for failure to
state a claim, an answer and a counterclaim against American
Indemnity Company. Hicks filed defensive pleadings embodying
therein a demand that title to certain described premises be
decreed in him. The trial court passed an order denying a tem-
porary injunction and thereafter Mrs. Willingham filed a cross
claim against Hicks and a motion for a summary judgment on
the same, which was granted. The effect of that order was to
eliminate Hicks as a party defendant. The case came on for a
pre-trial hearing, and pursuant thereto the trial court passed
an order sustaining the motions of both defendants Willingham
to dismiss the plaintiffs' complaint. That judgment is the one
appealed from. No certificate of immediate review was filed.
The appeal is premature and must be dismissed. Still pending in
the trial court are the counterclaims of the defendants Wil-
lingham against the plaintiffs, and, therefore, the judgment is
not such a final judgment as may be directly appealed under
the provisions of *Code Ann.* § 6-701. *O'Kelley v. Evans,* 223 Ga.
512 (156 SE2d 450).

*Appeal dismissed. All the Justices concur.*
SUBMITTED APRIL 13, 1971—DECIDED JULY 9, 1971.

*Rogers, Magruder & Hoyt, J. Clinton Sumner, Jr., Matthews, Wal-
ton, Smith, Shaw & Maddox, James D. Maddox,* for appellants.

*Lipshutz, Macey, Zusmann & Sikes, Charles C. Pritchard, Rob-
ert Edward Surles, F. H. Boney,* for appellees.